**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-7349**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

ALFRED TITUS SHULER,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (7:96-cr-00013-BR-1)

─────────────

Submitted:  September 28, 2010    Decided:  September 30, 2010

─────────────

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Alfred Titus Shuler, Appellant Pro Se.  Jennifer P. May-Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred Titus Shuler appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). Shuler's challenge to the career offender enhancement cannot be addressed in a § 3582 motion. See Dillon v. United States, ___ U.S. ___, ___, 130 S. Ct. 2683, 2694 (2010) ("§ 3582(c)(2) does not authorize a resentencing."). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Shuler, No. 7:96-cr-00013-BR-1 (E.D.N.C. July 15, 2009). We deny Shuler's motions to place this case in abeyance and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED